UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BARRY EMMETT, # 1383329,           )
                                   )
        Plaintiff,                 )
                                   )        CIVIL ACTION NO.
VS.                                )
                                   )        3:11-CV-0664-G (BK)
KAREN A. MITCHELL,                 )
                                   )
        Defendant.                 )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

        **SO ORDERED**.

April 29, 2011.

                                          _____
                                          **A. JOE FISH**
                                          **Senior United States District Judge**